## S97A2016. GIPSON v. THE STATE.
(494 SE2d 669)

FLETCHER, Presiding Justice.

Leo Andrew Gipson entered a plea of guilty to malice murder and two counts of armed robbery in 1991. In 1997, he filed a motion to withdraw the guilty plea. His motion, however, is untimely because it was filed after the term of court in which it was entered.[1] Since Gipson's remedy for challenging his guilty plea is through the writ of habeas corpus, the trial court did not err in denying his motion. Therefore, we affirm.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 26, 1998.

*John R. Greco,* for appellant.

---

[10] *Miner v. State,* 268 Ga. 67, 68 (485 SE2d 456) (1997).
[1] See *Caine v. State,* 266 Ga. 421 (467 SE2d 570) (1996).

*Thomas J. Charron, District Attorney, Debra H. Bernes, Nancy I. Jordan, W. Thomas Weathers, James E. Albertelli, Assistant District Attorneys, Thurbert E. Baker, Attorney General,* for appellee.

